# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00034-CV

**Evelyn Jones, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 09-2194-FC1, HONORABLE SUZANNE BROOKS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Evelyn Jones appeals from the trial court's order in a suit affecting the parent-child relationship. The trial court's final order appointed the Department of Family and Protective Services as permanent managing conservator of the two children at issue, and appointed the children's parents as possessory conservators. Jones, who served as the temporary placement for the children during the pendency of the suit, contends that the trial court erred in granting the Department's motion to strike her petition in intervention.

Jones's brief was due March 30, 2011. On April 13, 2011, this Court notified Jones that her brief was overdue and that a failure to respond to the overdue notice by April 25, 2011, could result in the dismissal of her appeal for want of prosecution. To date, Jones has not filed a brief or otherwise responded to the overdue notice. Accordingly, we dismiss this appeal for want of prosecution.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed for Want of Prosecution

Filed:   June 17, 2011